IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GEMINI INVESTORS III, L.P., and<br>GEMINI INVESTORS IV, L.P.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>RSG, INC., R GROUP, INC., and<br>RANDALL S. GOLDEN,<br><br>　　　　Defendants. | )<br>)<br>)<br>)　　8:09CV105<br>)<br>)<br>)<br>)　　REASSIGNMENT ORDER<br>)<br>)<br>)<br>) |

　　It has come to this court's attention that this case is related to 8:06CV507 *RSG et al. v. SIDUMP'R TRAILER*. Accordingly,

　　IT IS ORDERED that, in the interest of judicial economy, this case is reassigned to District Judge Joseph F. Bataillon for disposition and remains assigned to Magistrate Judge F.A. Gossett for judicial supervision and processing of all pretrial matters.

　　DATED this 25th day of March, 2009.

　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　Chief United States District Judge