# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GEMINI INVESTORS III, L.P., et al., ) <br> ) <br>           Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> RSG, INC., et al., ) <br> ) <br>           Defendants. ) | 8:09CV105 <br><br> ORDER |

This matter is before the court on the Motion for Leave to Withdraw filed by Margaret S. Brownell on behalf of the firm of Maslon Edelman Borman & Brand, LLP. Substitute counsel have entered appearances.

**IT IS ORDERED** that the motion to withdraw (Doc. 39) is granted, as follows:

1. Attorneys Margaret S. Brownell and Keiko Sugisaka, and the law firm of Maslon Edelman Borman & Brand, LLP, are granted leave to withdraw as counsel for the plaintiffs.

2. For this case only, Margaret S. Brownell and Keiko Sugisaka are excused from registering for admittance to practice in this district and registering for the court's CM/ECF system.

3. The court will stop future notices to attorneys Margaret S. Brownell and Keiko Sugisaka in this case.

**DATED April 13, 2009.**

                                                  **BY THE COURT:**

                                                  **s/ F.A. Gossett**
                                                  **United States Magistrate Judge**