UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA



| | |
|---|---|
| GEMINI INVESTORS III, L.P., and<br>GEMINI INVESTORS IV, L.P.,<br><br>    Plaintiffs,<br><br>vs.<br><br>RSG, INC., R GROUP, INC., and RANDALL S. GOLDEN,<br><br>    Defendants. | Case No.: 09-cv-00105<br><br><br><br>**MOTION FOR WITHDRAWAL OF APPEANCE AS COUNSEL** |

    The undersigned attorney, Damien A. Riehl, hereby moves the Court for an Order granting permission for Robins, Kaplan, Miller & Ciresi L.L.P. to withdraw as counsel of record for the above-listed Defendants RSG, Inc., R Group, Inc. and Randall S. Golden. In support of this motion, Mr. Riehl would show the Court as follows:

    1.    This case was originally filed in U.S. District Court for the District of Minnesota and was subsequently transferred to U.S. District Court for the District of Nebraska.

    2.    Defendants are currently being represented in Nebraska by the Law Office of Patrick Betterman. Neither the Plaintiffs nor the Defendants will be prejudiced by the Court granting the requested withdrawal of Robins, Kaplan, Miller & Ciresi L.L.P.

    **WHEREFORE**, Damien A. Riehl respectfully requests that this Court issue an Order granting the withdrawal of Robins, Kaplan, Miller & Ciresi L.L.P as counsel of record in the above-styled case.

80715353.1

**WHEREFORE**, Damien A. Riehl respectfully requests that this Court issue an Order granting the withdrawal of Robins, Kaplan, Miller & Ciresi L.L.P as counsel of record in the above-styled case.

DATED: April 9, 2009            **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: _/s/ Damien A. Riehl_
Damien A. Riehl
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Telephone: 612-349-8500

**ATTORNEYS FOR DEFENDANTS
RSG, INC., R GROUP, INC., AND
RANDALL S. GOLDEN**