IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| GEMINI INVESTORS III, L.P., et al., | ) | |
|---|---|---|
| Plaintiffs, | ) | |
| | ) | 8:09CV105 |
| vs. | ) | |
| | ) | ORDER |
| RSG, INC., et al., | ) | |
| Defendants. | ) | |

This matter is before the court on the Motion for Leave to Withdraw filed by Damien A. Riehl on behalf of the firm of Robins, Kaplan, Miller & Ciresi L.L.P. Substitute counsel have entered appearances.

**IT IS ORDERED** that the motion to withdraw (Doc. 42) is granted, as follows:

1. Attorneys Damien A. Riehl, Matthew L. Woods and the law firm of Robins, Kaplan, Miller & Ciresi L.L.P. are granted leave to withdraw as counsel for the defendants.

2. For this case only, Damien A. Riehl and Matthew L. Woods are excused from registering for admittance to practice in this district and registering for the court's CM/ECF system.

3. The court will stop future notices to attorneys Damien A. Riehl and Matthew L. Woods in this case.

**DATED April 13, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**