# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GEMINI INVESTORS III, L.P., et al., | )<br>)<br>) |
| **Plaintiffs,** | )<br>) |
| v. | )   8:09CV105<br>) |
| RSG, INC., et al. | )   **ORDER TO SHOW CAUSE**<br>) |
| **Defendants.** | )<br>) |

The records of the court show that, by letter dated March 24, 2009, attorney Shaun B. Spencer was directed to register for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System ("System") within fifteen (15) days.

The Clerk of the Court advises that, as of this date, Mr. Spencer has not complied with this requirement.

**IT IS ORDERED:**

1. On or before May 30, 2009, attorney Shaun B. Spencer shall register for the System or show cause by written affidavit why he cannot comply with the rules of the court.

2. The Clerk shall mail a copy of this order to Shaun B. Spencer at his last known address.

**DATED May 18, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**