IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| GEMINI INVESTORS III, L.P. and | ) | |
|---|---|---|
| GEMINI INVESTORS IV, L.P., | ) | |
| | ) | |
| Plaintiff, | ) | 8:09cv105 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| RSG, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

Upon review of the file,

IT IS ORDERED that the motion (Doc. 51) of Thomas H. Dahlk for leave to withdraw as counsel for Gemini Investors III, L.P. and Gemini Investors IV, L.P. is granted. The court will stop future electronic notices to Mr. Dahlk in this matter.

DATED August 21, 2009.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge