IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RSG, INC., a South Dakota corporation, R GROUP, INC., an Iowa corporation; and RANDALL S. GOLDEN, an individual, <br><br> Plaintiffs, <br> v. <br><br> SIDUMP'R TRAILER COMPANY, INC., a Delaware corporation, <br><br> Defendant. | CASE NO.: 8:06 CV507 <br><br> **MOTION OF PLAINTIFFS RSG, INC., R GROUP, INC., RANDALL S. GOLDEN TO CONSOLIDATE** |
| GEMINI INVESTORS III, L.P., a Delaware corporation and GEMINI INVESTORS IV, L.P., a Delaware corporation, <br><br> Plaintiffs, <br> v. <br><br> RSG, INC., a South Dakota corporation, R GROUP, INC., an Iowa corporation; and RANDALL S. GOLDEN, an individual, <br><br> Defendants. | CASE NO: 8:09CV105 <br><br><br><br> **MOTION OF DEFENDANTS RSG, INC., R GROUP, INC., RANDALL S. GOLDEN TO CONSOLIDATE** |

RSG, INC., R GROUP, INC., and RANDALL S. GOLDEN, Plaintiffs in Case No. 8:06 CV507 and Defendants in Case No. 8:09CV105 (collectively "Golden"), hereby jointly move the court to enter an order consolidating each of the above captioned proceedings (collectively the "Cases") for all purposes, including trial, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure. The Cases involve common questions of law and fact. Golden will suffer unfair prejudice if the Cases are not consolidated for the reasons set forth in Golden's Brief filed contemporaneously herewith. Consolidation will promote judicial efficiency and will not unfairly prejudice Sidump'r Trailer Company, Inc., Gemini Investors III, L.P., and Gemini Investors IV, L.P.

Dated this 25th day of August, 2009.

>RSG, INC., a South Dakota corporation, R GROUP, INC., an Iowa corporation, and RANDALL S. GOLDEN, an individual, Plaintiffs in Case No. No. 8:06 CV507 and Defendants in Case No. 8:09CV105
>
>BY:     /s/ Steven E. Achelpohl
>Steven E. Achelpohl, # 10015
>1823 Harney Street
>1010 Historic Libr. Plz.
>Omaha, NE 68102
>
>and
>
>W. Patrick Betterman, #10306
>3628 N. 163rd PLZ
>Omaha, NE 68154-2188
>(402) 333-3334
>**ATTORNEYS FOR GOLDEN**

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2009, I electronically filed the foregoing with the Clerk of the Court in each of the above captioned proceedings using the CM/ECF system which sent notification of such filing to the following:

| | |
|---|---|
| David John Stubstad | Victoria Buter |
| Fraser Stryker PC LLO | Husch Blackwell Sanders LLP |
| 500 Energy Plaza | 1620 Dodge St. #2100 |
| 409 South 17th Street | Omaha, NE 68102 |
| Omaha, NE 68102-2663 | |

Shaun B. Spencer
Law Office of Shaun Spencer, P.C.
One Post Office Square, 2nd Floor
Sharon, MA 02067

>      /s/ Steven E. Achelpohl