IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **GEMINI INVESTORS III, L.P., et al.,**        **Plaintiffs,**  vs.  **RSG, INC., et al.,**        **Defendants.** | 8:09CV105  ORDER |

This matter is before the court on the parties' "JOINT MOTION TO STAY DISCOVERY PENDING JUDGMENT IN *RSG, INC. V. SIDUMP'R TRAILER CO., INC.*, No. 8:06-cv-507 AND TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT" (Doc. 70). Upon review of the record,

**IT IS ORDERED** that the Joint Motion (Doc. 70) is granted, as follows:

1. Discovery in this action is stayed pending the entry of judgment in *RSG, Inc. v. Sidump'r Trailer Co., Inc.*, Case No. 8:06-cv-507[1].

2. All defendants, i.e., RSG, Inc., R Group, Inc. and Randall Golden, are given an extension of time to respond to the Amended Complaint (Doc. 53), and shall answer or otherwise respond within ten (10) days after the entry of judgment in *RSG, Inc. v. Sidump'r Trailer Co., Inc.*, Case No. 8:06-cv-507.

**DATED September 24, 2009.**

                                                              **BY THE COURT:**

                                                               s/ F.A. Gossett
                                                               **United States Magistrate Judge**

---

[1]*RSG, Inc. v. Sidump'r Trailer Co., Inc.*, Case No. 8:06-cv-507, is presently set for an eight-day jury trial, to commence at the Court's call, during the week of February 16, 2010.